**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENESHA LATTIMORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-01813 (UNA) |
| | ) | |
| DONALD TRUMP, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

On June 16, 2025, the Court deferred consideration of Petitioner's initial motion for leave to proceed *in forma pauperis* and ordered Petitioner to either pay the filing fee or file an application to proceed *in forma pauperis* within 30 days, or suffer dismissal of the case. *See* Min. Order. Petitioner has done neither, requested additional time to do so, nor stated any intention of prosecuting this case.

Accordingly, it is

**ORDERED** that Petitioner's pending motions, ECF Nos. 2, 3, are **DENIED** as moot, and this case is **DISMISSED** without prejudice and closed.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

Date: April 13, 2026